UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL No. 1775 | <u>NOTICE OF APPEARANCE</u><br><br>MASTER FILE 06-md-1775 (JG) (VVP)<br><br>**ALL CASES** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned, of the law firm of Cravath, Swaine & Moore LLP, being admitted to practice in this Court, is hereby entering an appearance as counsel in the above-captioned action for defendants Atlas Air Worldwide Holdings, Inc., and Polar Air Cargo, Inc.

Dated: November 12, 2015
       New York, NY

CRAVATH, SWAINE & MOORE LLP,

by
    /s/ Evan R. Chesler
       Evan R. Chesler
    A member of the Firm

    Worldwide Plaza
    825 Eighth Avenue
    New York, NY 10019
    (212) 474-1243
    echesler@cravath.com

## CERTIFICATE OF SERVICE

Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system on November 12, 2015.  Parties may access this filing through the Court's system.

/s/ Evan R. Chesler
Evan R. Chesler